1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD ANTHONY EVANS,                 No.  2:17-cv-1888 AC P

12              Plaintiff,

13        v.                                ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16              Defendants.

17

18        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to this court

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On April 1, 2019, the court issued an order referring this matter to its Post-Screening

22   Alternative Dispute Resolution Project.  ECF No. 27.  As a result, the matter was stayed for 120

23   days so the parties could investigate plaintiff claims, meet and confer, and participate in a

24   settlement conference.  ECF No. 27 at 1.  In sum, the stay serves to halt all standard civil

25   proceedings, including discovery.

26        On April 15, 2019, plaintiff filed a document which seeks (1) a Pitchess motion for

27   disclosure of defendant Harrison's personnel file; (2) a discovery motion requiring the Attorney

28   General to request plaintiff's file and medical records from DVI Tracy, and (3) an evidence

                                            1

1  hearing that will permit all evidence to be available to all parties.  ECF No. 30.  Plaintiff states he

2  makes these motions "to ensure that[] all evidence in this case is properly disclosed to all parties[]

3  prior to any further legal proceedings."  ECF No. 30 (brackets added).

4  　　　　The court construes plaintiff's motions as discovery motions, and finds that they are

5  premature.  All discovery has been stayed pending the outcome of these post-screening settlement

6  proceedings.  Plaintiff is reminded that on April 1, 2019, he was given 30 days within which to

7  notify the court whether he wished to participate in settlement proceedings in person or via

8  videoconference.  See ECF No. 27 at 3.

9  　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion filed April 15, 2019

10  (ECF No. 30) is DENIED.

11  DATED: April 18, 2019

12  　　　　　　　　　　　　　　　　　　　　_____
ALLISON CLAIRE
13  　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28