UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY EVANS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:17-cv-1888 AC P<br><br><br>ORDER |

On August 15, 2019, plaintiff filed a letter with the court regarding his missing legal property. ECF No. 62. On September 16, 2019, plaintiff filed a motion for a copy of the settlement proceedings. ECF No. 63. On September 19, 2019, plaintiff filed a notice informing the court that he had been transported without his property. ECF No. 64. On September 30, 2019, plaintiff filed a notice related to a request for legal copies. ECF No. 65.

This civil rights action was closed on August 8, 2019, after the parties filed a stipulation for voluntary dismissal of the case following settlement. See ECF Nos. 60, 61. Plaintiff is advised that documents he has filed since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: October 2, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE